FILED

06/02/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0105

IN THE SUPREME COURT OF THE STATE OF MONTANA
Cause No. DA 20-0105

NATHAN G. JUDD,                                    )
                                                   )
                                                   )
Appellant/Defendant and Counter                    )
Plaintiff,                                         )          **GRANT OF EXTENSION**
                                                   )
      vs.                                          )
                                                   )
                                                   )
                                                   )
MUFFIE B. MURRAY and W.                            )
STEPHEN MURRAY, HELD FAMILY                        )
TRUST, and WILLIAM A. SARRAZIN,                    )
                                                   )
Appellees/Plaintiffs and Counter
Defendants.

_____

      Pursuant to authority granted under Rule 26(1), M.R. App. P., Appellees are

given an extension of time until July 20, 2020, to prepare, file, and serve the

Appellees' brief.

      DATED this _____ day of June, 2020.


                                    _____
                                    BOWEN GREENWOOD
                                    Clerk of the Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 2 2020